Case 4:25-cv-00808   Document 16   Filed on 10/22/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NAMEAH G. HELAIRE,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00808 |
| GERGORY T HANNA,<br>    Defendant. | §<br>§<br>§ | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On February 24, 2025, the parties were ordered to an Initial Pretrial and Scheduling Conference before United States Magistrate Judge Richard Bennett. (Dkt. 3). Judge Bennett filed a *Memorandum and Recommendation* on August 22, 2025, recommending that the case be dismissed without prejudice. (Dkt. 12).

On September 5, 2025, Plaintiff filed her objections. (Dkt. 14). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 14) are **OVERRULED**. The Court **ACCEPTS** Judge Bennett's *Memorandum and*

*Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bennett's *Memorandum and Recommendation* (Dkt. 12) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's claims are **DISMISSED without PREJUDICE.**

It is so **ORDERED**.

SIGNED at Houston, Texas on October 22, 2025.

                                                              GEORGE C. HANKS, JR.
                                             UNITED STATES DISTRICT JUDGE